Idaho Repository - Case Number Result Page                                        Page 1 of 1

## Case Number Result Page

### Nez Perce

**1 Cases Found.**

| Claudia Hepburn vs. Boston Scientific Corporation |
|---|
| Case: **CV-2017-0002186** District Filed: **11/17/2017** Subtype: **Other Claims** Judge: **Jay P. Gaskill DJ** Status: **Pending** |
| Defendants: **Boston Scientific Corporation** |
| Plaintiffs: **Hepburn, Claudia** |

Register Date of actions:

| Date | Action |
|---|---|
| 11/17/2017 | New Case Filed-Other Claims |
| 11/17/2017 | Filing: AA- All initial civil case filings in District Court of any type not listed in categories E, F and H(1) Paid by: shaver & swanson Receipt number: 0015932 Dated: 11/20/2017 Amount: $221.00 (Check) For: Hepburn, Claudia (plaintiff) |
| 11/17/2017 | Plaintiff: Hepburn, Claudia Attorney Retained Scott D Swanson |
| 11/17/2017 | Case Info Sheet |
| 11/17/2017 | Complaint Filed |
| 11/17/2017 | Summons Filed |
| 11/21/2017 | Miscellaneous Payment: For Making Copy Of Any File Or Record By The Clerk, Per Page Paid by: Duke, Scanlon & Hall Receipt number: 0016023 Dated: 11/21/2017 Amount: $42.00 (Credit card) |
| 11/21/2017 | Miscellaneous Payment: Technology Cost - CC Paid by: Duke, Scanlon & Hall Receipt number: 0016023 Dated: 11/21/2017 Amount: $3.00 (Credit card) |

*Connection: Public*

EXHIBIT A

https://www.idcourts.us/repository/caseNumberResults.do                          12/22/2017