# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| CLAUDIA HEPBURN,<br><br>    Plaintiff,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORP.,<br><br>    Defendant. | No. 3:17-CV-00530-SAB<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulation for Dismissal with Prejudice, ECF No. 37. Parties request and stipulate that the Court dismiss this case with prejudice and without fees pursuant to Federal Rule of Civil Procedure 41.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **accepts** and **enters into the record** the parties' Stipulation for Dismissal with Prejudice, ECF No. 37.

2. The above-captioned case is **dismissed** with prejudice and without costs or fees awarded to any party.

//
//
//
//

**ORDER DISMISSING CASE * 1**

3. Any pending deadlines in this case are **stricken** and any pending motions are **dismissed as moot**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 1st day of May 2020.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE * 2**